IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MICHAEL DUNHAM, on behalf of himself and all others similarly situated,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**DON THORNTON VOLKSWAGEN OF TULSA, VOLKSWAGEN GROUP OF AMERICA, INC., and VOLKSWAGEN AG**<br><br>    **Defendants.** | Case No. 15-CV-636-JED-FHM |

## NOTICE OF PARTY NAME CORRECTION

Counsel for Defendant hereby provides notice of the following party name correction:

Incorrect Party Name:    Don Thornton Volkswagen of Tulsa

Correct Party Name:      Thornton German Imports, LLC d/b/a Don Thornton Volkswagen of Tulsa

Dated: November 16, 2015

                    Respectfully submitted,

                    **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

By:  /s/ John T. Richer
       James M. Reed, OBA #7466
       John T. Richer, OBA #19554
       320 South Boston Avenue, Suite 200
       Tulsa, OK  74103-3706
       Telephone:  (918) 594-0400
       Facsimile:  (918) 594-0505
       Email:  jreed@hallestill.com
       Email: jricher@hallestill.com

       **ATTORNEYS FOR DEFENDANT, THORNTON GERMAN IMPORTS, LLC D/B/A DON THORNTON VOLKSWAGEN OF TULSA**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

John Michael Thetford
Terrence Patrick Brennan
Levinson, Smith & Huffman, P.C.
1743 E. 71st St.
Tulsa, OK 74136-5108
j.thetford@lsh-law-firm.com
terry.brennan@lsh-law-firm.com

John H. Tucker
Colin Hampton Tucker
Kerry R. Lewis
Rhoades Hieronymus Jones Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100
jtuckercourts@rhodesokla.com
chtucker@rhodesokla.com
klewiscourts@rhodesokla.com

      /s/ John T. Richer

2514754.1:811042:02031